UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CELESTE WHITTLE, et al.,

    Plaintiffs,

                                                 Case No. 1:25-cv-713

v.

                                                 Hon. Hala Y. Jarbou

BROOKSIDE FARMS, LLC, et al.,

    Defendants.

_____/

## **<u>ORDER</u>**

The Court having reviewed Plaintiffs' Unopposed Motion for Clarification,

**IT IS ORDERED** that the motion (ECF No. 57) is **GRANTED IN PART** and **DENIED IN PART**.  The Court speaks through its orders.  There is no mistake to clarify.

Dated: May 7, 2026                   /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE