**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CELESTE WHITTLE; J.S.J., a minor child by Celeste Whittle, Parent and Next Friend; A.V.S., a minor child by Celeste Whittle, Parent and Next Friend; JESSE SERRANO; ESPERANZA SERRANO; HORACIO SERRANO; on behalf of themselves and others similarly situated,** | § § § § § § § § | **Civil Action No: 1:25-CV-713** |
| **Plaintiffs,** | § | **Honorable Judge Jarbou** |
| **v.** | § § § | |
| **BROOKSIDE FARMS, LLC; WILLIAM G. FRITZ (individually); JOSH FRITZ (individually);** | § | |
| **Defendants.** | | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE FOR COUNSEL DAVE MAUCH TO BE EXCUSED FROM SETTLEMENT CONFERENCE**

Plaintiffs file this Motion for Leave, and in support show the following:

This case is set for an early settlement conference via Zoom on July 27, 2026. Pursuant to Local Rule 16.6 and this Court's First Amended Case Management Order, PageId.1115, all attorneys who are to conduct the trial are ordered to attend the settlement conference in this matter "unless specifically excused by the Court after a written motion and order".

Plaintiffs seek the Court's leave to excuse Dave Mauch, Counsel for Plaintiffs, from attending the early settlement conference. Mr. Mauch will be unable to attend due to conflicting travel plans, as he will be several days away from the nearest internet access. Plaintiffs will be more than adequately represented in the settlement conference by several lawyers familiar with

the case and with decades of collective experience in farmworker litigation. Further details, to the extent they are necessary, are available in the attached motion.

Thus, the Court should issue an order excusing Mr. Mauch from attending the settlement conference on July 27th.

Respectfully submitted,

***/s/ Dave Mauch***
Dave Mauch
Maria Solis Kennedy
TEXAS RIOGRANDE LEGAL
AID, INC.
121 S. Main St., Ste. 300
Victoria, TX 77901
Phone: (361) 237-1681
Fax: (956) 591-8752
dmauch@trla.org
msoliskennedy@trla.org

Ilina Krishen
Melissa Moeinvaziri
FARMWORKER LEGAL
SERVICES,
350 E Michigan Ave, Suite 310
Kalamazoo MI 49007
Tel.: (269) 492-7190
ikrishen@farmworkerlaw.org
mmoeinvaziri@farmworkerlaw.org

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 17th, 2026, I conferred by email with Ashleigh Draft, Counsel for Defendants, regarding the foregoing Motion. The parties exchanged emails regarding the Motion and Mr. Mauch's conflicting travel plans, and Counsel for Defendants indicated that they were unopposed.

***/s/ Dave Mauch***
Dave Mauch
Attorney for Plaintiffs