UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:25-cv-00713-HYJ-SJB | 7/27/2026 | 9:15 AM – 2:44 PM | Sally J. Berens |

## CASE CAPTION

Whittle et al v. Brookside Farms, LLC et al

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Ilina Krishen<br>Kara Kay Moberg<br>Maria Solis Kennedy<br>Melissa Moeinvaziri<br>Amanda Marie Caldwell | Plaintiffs Celeste Whittle, Jesse Serrano, Esperanza Serrano, and Horacio Serrano |
| Ashleigh Draft<br>Kimberly Ann Clarke | Defendants Brookside Farms, LLC, William G. Fritz, and Josh Fritz |

## PROCEEDINGS

**NATURE OF HEARING:** Early Settlement Conference held; case settled; order regarding dismissal documents to issue.

Portions Digitally Recorded
Deputy Clerk: J. Norton