**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CELESTE WHITTLE; J.S.J., a minor child by Celeste Whittle, Parent and Next Friend; A.V.S., a minor child by Celeste Whittle, Parent and Next Friend; JESSE SERRANO; ESPERANZA SERRANO; HORACIO SERRANO; on behalf of themselves and others similarly situated, | § § § § § § § | Civil Action No: 1:25-CV-713 |
| Plaintiffs, | § § | Honorable Judge Jarbou |
| v. | § § § | |
| BROOKSIDE FARMS, LLC; WILLIAM G. FRITZ (individually); JOSH FRITZ (individually); | § | |
| Defendants. | | |

**JOINT STIPULATION OF DISMISSAL WITH PREDJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Celeste Whittle, *et al.,* and Defendants, Brookside Farms, LLC, William G. Fritz (individually), and Josh Fritz (individually) hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties.

Respectfully Submitted this 10th day of August 2026

/s/ *Ilina Krishen*
Ilina Krishen
Kara Moberg Kroeze
Amanda Caldwell
Melissa Moeinavaziri
FARMWORKER LEGAL SERVICES
350 E. Michigan Ave., Ste. 310
Kalamazoo MI 49007
Tel.: (269) 492-7190
ikrishen@farmworkerlaw.org

kmoberg@farmworkerlaw.org
acaldwell@farmworkerlaw.org
mmoeinvaziri@farmworkerlaw.org

Dave Mauch
Maria Solis Kennedy
TEXAS RIOGRANDE LEGAL AID, INC.
121 S. Main St., Ste. 300
Victoria, TX 77901
Phone: (361) 237-1681
Fax: (956) 591-8752
dmauch@trla.org
msoliskennedy@trla.org

ATTORNEYS FOR PLAINTIFFS

*/s/_Ashleigh E. Draft_______*
Ashleigh E. Draft
Kimberly A. Clarke
VARNUM LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
aedraft@varnumlaw.com
kaclarke@varnumlaw.com

ATTORNEYS FOR DEFENDANTS