UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CELESTE WHITTLE, et al.,

Plaintiffs,

Case No. 1:25−cv−00713−HYJ−SJB

v.

Hon. Hala Y. Jarbou

BROOKSIDE FARMS, LLC, et al.,

Defendants.
_______________________________/

**ORDER**

The Court having reviewed the parties' stipulation for dismissal, **IT IS ORDERED** that the stipulation (ECF No. 68) is **GRANTED**; this action is **DISMISSED** with prejudice.

IT IS SO ORDERED.

Dated: August 10, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge